# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA


FILED
CHARLOTTE, NC
MAR 21 2012
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES OF AMERICA

vs.

JOHN DOUGLAS BIRD, JR.

2:12MC1

Case Number 2:09CR15

It appearing that on March 1, 2012, a check from the deposit fund for the Western District of North Carolina was issued to George Meroney Shell in the amount of $56,198.06 and Mr. Shell deposited the check into an account at Wells Fargo Bank located at 733 W. Main Street, Sylva, N.C. Shortly following the issuance of this check the U.S. District Court learned that the check had been issued to the incorrect victim in the above-captioned case. Upon learning of the error, the Court contacted Wells Fargo Bank who agreed to hold the funds pending receipt of an Order of this Court directing the amount be returned to the court based on the clerical error of this Court.

IT IS, THEREFORE, ORDERED that the custodian of the funds at Wells Fargo Bank immediately and forthwith return funds in the amount of $56,198.06 to Clerk, U.S. District Court, Western District of North Carolina, Room 210, 401 West Trade Street, Charlotte, N.C. 28202, in order that the funds be appropriately distributed to the proper victims in this case.

This 21 day of March, 2012.

Robert J. Conrad, Jr.
Chief United States District Judge